cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAGDA GONZALEZ, et al., | ) | Civil No.07cv1951 BEN (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING CASE |
| | ) | MANAGEMENT CONFERENCE |
| COMPASS VISION, INC., et al., | ) | |
| Defendants. | ) | |

On August 18, 2008, the Court convened a Case Management Conference in the above entitled action. Appearing were Steve Kane, Esq. on behalf of plaintiff; Catherine Salah, Esq. on behalf of defendant Compass Vision and Mark Brandon, Esq. on behalf of defendant National Medical.

Case Management issues were addressed jointly with the related case of *Quisenberry v. Compass*, 07cv1135. Counsel report that mediation was held in the Northern District of California cases. Following the mediation, the parties stipulated to Magistrate Judge Zimmerman for trial. Discovery is underway, and that discovery will benefit the parties in the Southern District of California cases.

The parties are considering a stipulation to consolidate the matters for discovery purposes. The parties also would like some time to develop a joint discovery plan for the Southern District of California cases to avoid unnecessary duplication.

1  The parties will confer and submit a joint discovery plan and any joint motion to consolidate by September 17, 2008. The Court will hold a telephonic Case Management Conference on *September 19, 2008 at 9:00 a.m.* to confirm the joint plan and issue a schedule order for these matters. Counsel for plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED: August 18, 2008

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court